UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| GUANG TAI HE IMPORT EXPORT, INC., | Case No. 2:24-cv-930-JFW-BFMx |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| vs. | |
| DANIEL P. MITCHELL, DOES 1-5, inclusive, | |
| Defendants. | |

### ORDER

After considering the papers submitted and for good cause, the Court issues a preliminary injunction.

Plaintiff GUANG TAI HE IMPORT EXPORT, INC. has demonstrated: (1) likelihood of success on its first and third claims for relief on the basis that "SPC" is generic for stone plastic composite core flooring, Plaintiff's use is fair use, and there is no likelihood of confusion, (2) likelihood of irreparable harm to Plaintiff, its customer relationships, and its financial survival from the continued detention of its containers of SPC flooring by U.S. Customs and Border Protection and the risk of detention of future incoming shipments, (3) balance of equities tips in the moving party's favor because of the ongoing use of the term "SPC" across the flooring industry, the lack of likely confusion specifically between Plaintiff and Defendant or their products, and the use of the mark for its generic reference to the genus of product rather than to

denote a particular producer, and (4) the public interest favors protecting (and not restricting) use of generic and descriptive terms used for their primary purpose of referring to the type of good.

The Court hereby **ISSUES** the following preliminary injunction:

(1) Daniel P. Mitchell is barred from directly or indirectly (or through its agents or those acting under its direction or control) from attempting to enforce the "SPC" mark against Plaintiff, including U.S. Registration No. 5,305,381;

(2) U.S. Customs and Border Protection is directed to immediately release Plaintiff GUANG TAI HE IMPORT EXPORT, INC's detained containers, including in association with the detention notices denoted as detained on or about January 17, 2024 as Entry No. 847-23156794 and detained on or about February 2, 2024 as Entry No. EAE04046551, currently identified as detained at Port Baltimore, MD – 1303, and not to detain further shipments of Plaintiff GUANG TAI HE IMPORT EXPORT, INC. on the basis of U.S. Registration No. 5,305,381 and/or using "SPC" or "SPC FLOORING".

(3) Daniel P. Mitchell shall not directly or indirectly interfere in Plaintiff's import and sale of its SPC flooring.

Because the Court finds no appreciable harm likely to inure to Defendant Daniel P. Mitchell due to this Preliminary Injunction, no bond is required at this time.

**DURATION OF THIS ORDER**

This Order shall expire upon entry of a final judgment in this case.

**SERVICE OF THIS ORDER**

IT IS FURTHER ORDERED that the Plaintiff is directed to provide notice to Defendant Daniel P. Mitchell and serve Defendant Daniel P. Mitchell with copies of this Preliminary Injunction immediately.

Dated: March 12, 2024

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE