JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| GUANG TAI HE IMPORT EXPORT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL P. MITCHELL, DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:24-cv-930-JFW-BFMx<br><br>**STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**<br><br>Assigned to: Hon. John F. Walter<br>Action Filed: February 2, 2024 |

WHEREAS, Plaintiff, Guang Tai He Import Export, Inc. brought this action through its February 2, 2024 Verified Complaint (Dkt. No. 1) seeking declaratory relief and cancellation relating the term "SPC" and Defendant Daniel P. Mitchell's related U.S. Trademark Reg. No. 5,305,381;

WHEREAS, the parties agree that this Court has both subject matter and personal jurisdiction over all claims and parties, with Defendant Mitchell having been properly and timely personally served;

WHEREAS, Defendant Daniel Mitchell, on behalf of himself, all assignees, licensees, affiliates and related persons, companies and entities (hereafter "Defendant" or "Mr. Mitchell"), hereby stipulates permanently and irrevocably that Plaintiff and its agents, successors, affiliates, vendors, customers, purchasers, resellers, advertisers, marketers, white labelees (e.g. Indiana Floors), or other related persons acting in concert with or on behalf of Plaintiff , now and

forevermore, may use the word mark "SPC" and that said use of SPC by Plaintiff or Related Parties, whether or not contended to be trademark use, does not infringe on any rights, interests or claims relating to trademark infringement, unfair competition, false advertising or related claims in U.S. Registration No. 5,305,381, common law or other basis for rights in and to "SPC" or any terms incorporating "SPC."  Defendant Daniel Mitchell also hereby waives all right of appeal in and to the final judgment in this matter.

NOW THEREFORE, on the joint motion of the parties, and both subject matter and personal jurisdiction being present, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) Daniel Mitchell, all assignees, licensees, affiliates and related persons, companies and entities (hereafter "Defendant" or "Mr. Mitchell") is permanently barred from directly or indirectly (or through their agents or those acting under their direction or control) attempting to enforce the "SPC" mark, including U.S. Registration No. 5,305,381, against Plaintiff, Guang Tai He Import Export, Inc. and its successors, agents, affiliates, vendors, customers, purchasers, resellers, advertisers, marketers, white labelees (e.g. Indiana Floors), or other related persons, companies or entities acting in concert with or on behalf of Plaintiff  (hereinafter "Related Parties");

(2) U.S. Customs and Border Protection is directed not to detain further shipments of Plaintiff GUANG TAI HE IMPORT EXPORT, INC. or Related Parties on the basis of their using "SPC," "SPC FLOORING," or similar wording, and is notified that Plaintiff GUANG TAI HE IMPORT EXPORT, INC. and its Related Parties may continue to include reference to "SPC", "SPC Flooring" or similar terminology without infringing, misusing, or otherwise constituting counterfeits of "SPC" or U.S. Registration No. 5,305,381;

(3) Defendant Daniel Mitchell shall immediately cooperate with Plaintiff GUANG TAI HE IMPORT EXPORT, INC's importing of SPC flooring by providing an irrevocable letter of authorization permitting Plaintiff and its Related Parties to import shipments notwithstanding their use of the term on the goods, on the packaging, or anywhere else in the shipment, of the terms "SPC" or "SPC Flooring,"or other terminology incorporating "SPC", and take any other action

now or in the future required by or reasonably necessary for U.S. Customs and Border Protection to release Plaintiff or its Related Parties' flooring products related to their use of the terms "SPC" or "SPC Flooring";

(4) Defendant Daniel Mitchell shall not directly or indirectly interfere in Plaintiff's import and sale of SPC flooring or flooring purporting to be SPC flooring;

(5) This Court hereby retains jurisdiction for the purposes of construction, modification and enforcement of this Judgment and Order.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendant, pursuant to all the terms and conditions recited above.

**IT IS SO ORDERED**.

Dated: March 18, 2024

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

The parties, having been advised by counsel, hereby stipulate, consent and submit to the above stipulated judgment and its terms and the representations stated herein.

Dated: March 15, 2024                    TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Ben L. Wagner*
    Ben L. Wagner

Attorneys for Plaintiff
Guang Tai He Import Export, Inc.

Dated:   March 15, 2024                  ROSS, WOLCOTT, TEINERT & PROUT LLP

By: /s/ *Andrew G. Prout*
    Andrew G. Prout

Attorneys for Defendant
DANIEL P. MITCHELL

## ATTESTATION OF FILER

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned hereby attests that all signatories have concurred in the filing of this stipulation.

Dated:      March 15, 2024               */s/ Ben L. Wagner*
                                         Ben L. Wagner